THE PEOPLE OF THE STATE OF NEW YORK ex rel. HARWAY IMPROVEMENT COMPANY, Appellant, v. CHARLES W. BERRY, as Comptroller of the City of New

York, and Others, Respondents.— Order denying motion for a peremptory mandamus order unanimously affirmed, with costs, upon opinion of Mr. Justice May at Special Term.█ Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.